FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR OMAR TINOCO,<br><br>    Defendant. | No. 1:20-CR-02025-SAB-1<br><br>**ORDER GRANTING PERMISSION FOR INTERNATIONAL TRAVEL** |

Before the Court is Defendant Cesar Omar Tinoco's Motion for Permission for International Travel, ECF No. 8. In his motion, Mr. Tinoco requests permission to travel to Mexico to visit close family from December 1, 2021 to December 15, 2021. While Defendant's motion indicates the United States had been given notice of the motion, the United States did not file a response or objection to the motion. Defendant's U.S. Probation Officer did not oppose the request. The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Permission for International Travel, ECF No. 8, is **GRANTED**. Defendant is permitted to travel to Mexico leaving on December 1, 2021 and returning to the Eastern District of Washington on December 15, 2021. Prior to departure, Defendant shall provide his U.S. Probation Officer with his flight information, the address where he will reside, the names of any other

**ORDER GRANTING PERMISSION FOR INTERNATIONAL TRAVEL \* 1**

residents at the address, and a phone number where he can be contacted at any time.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel **and** the U.S. Probation Office.

**DATED** this 18th day of August 2021.



Stanley A. Bastian
Chief United States District Judge

ORDER GRANTING PERMISSION FOR INTERNATIONAL TRAVEL * 2